BGW#: 47023

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE:                                                                Case No. 07-00466-SMT
HUMBERTO T. GONZALES
    Debtor                                                     Chapter 11

_____

WELLS FARGO BANK, N.A. AS TRUSTEE
c/o OPTION ONE MORTGAGE CORPORATION
    Movant

vs.

HUMBERTO T. GONZALES
    Debtor/Respondent

_____

## MOTION FOR RELIEF FROM AUTOMATIC STAY

    COMES NOW, Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2005-5 Asset-Backed Certificates, Series 2005-5 ("Movant"), by and through counsel, and respectfully represents as follows:

    1. Jurisdiction is based on 11 U.S.C. § 105 and 362, 28 U.S.C. Section 157 and Rule 9014.

    2. Movant is a mortgage lender/servicer.

    3. On or about September 10, 2007, Humberto T. Gonzales ("Debtor") filed a Voluntary Petition in this Court under Chapter 11 of the United States Bankruptcy Code.

    4. Office of the U.S. Trustee is the Chapter 13 Trustee of the Debtor's bankruptcy estate.
    5. At the time of the initiation of these proceedings the Debtor owned a parcel of real estate located in  County, Maryland and improved by a residence known as 345 Ocean Drive, Miami Beach, FL  33139 (the "Property").

    6. The Property is encumbered by a Deed of Trust securing the Movant, and recorded among the land records of the aforesaid county.  A copy of this Deed of Trust and Note are attached.

    7. The Deed of Trust secures payment of a Promissory Note now payable to Movant.

    8. The amount due under the Deed of Trust securing the Note payable to Movant as of October 09, 2007 is approximately $456,882.86, plus per diem interest and other advances made by the noteholder, (i.e., taxes, insurance) and attorney's fees and court costs related to the present motion for relief from automatic stay.

9. The Debtor is in default under the Deed of Trust. The Movant has accelerated the entire balance of the Note and Deed of Trust and interest continues to accrue on a daily basis.

10. The Debtor is due for the April 01, 2007 post-petition payment and each month thereafter. At the time of the filing of this motion, Debtor is contractually due for the April through September 2007 regular mortgage payments, post-petition due for the October 2007 regular mortgage payment, late charges, and attorney fees and costs.

11. The approximate total debt as of October 09, 2007 is as follows:

| | |
|---|---|
| Unpaid Principal Balance | $430,625.21 |
| Interest @ 11.35 through last paid installment | $23,390.65 |
| Late Fees | $396.80 |
| Corporate Advance Balance | $2,470.20 |
| Total: | $456,882.86 |

12. The Movant lacks adequate protection of its interest in the Property.

13. The Movant has been and continues to be irreparably injured by the stay of Section 362 of the Bankruptcy Code, which prevents Movant from enforcing its rights under its Note and Deed of Trust.

14. Cause exists for lifting the automatic stay imposed by 11 U.S.C. § 362 of the Bankruptcy Code so as to enable the Movant to enforce its rights under its Note and Deed of Trust.

15. Movant likely will submit business records as evidence to prove its case at the hearing, as allowed under Fed. R. Evid. 902(11). These business records and the declaration of their maintenance as business records are available for inspection by the adverse party upon demand.

WHEREFORE, the Movant its successors and/or assigns prays that this court:

1. Enter an order terminating the automatic stay imposed by 11 U.S.C. § 362 of the Bankruptcy Code so as to enable Movant to proceed with a foreclosure action against the property located at 345 Ocean Drive, Miami Beach, FL 33139, and to allow the successful purchaser to obtain possession of same; and

2. Grant such other and further relief as may be just and necessary.

| Dated: October 15, 2007 | **Respectfully Submitted,** |
|---|---|
| | **Bierman, Geesing & Ward, LLC** |

  */s/ Carrie M. Ward, Esq.*
Carrie M. Ward, Esq.
4520 East West Highway, Suite 200
Bethesda, MD  20814
(301) 961-6555
(301) 961-6545 (facsimile)
carrie.ward@bgw-llc.com
*Attorney for the Movant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of October, 2007, to the extent that the following person(s) were not served electronically via the CM/ECF system, I mailed a copy of the foregoing Motion for Relief from Automatic Stay, by first class, postage prepaid, to:

Office of the U.S. Trustee, Trustee
115 South Union St., Plaza Level, Ste. 210
Alexandria, VA  22314

Edward M. Kimmel, Esq.
7629 Carroll Avenue; Suite 500
Takoma Park, MD  20912

Humberto T. Gonzales
345 Ocean Drive
Miami Beach, FL  33139

Humberto T. Gonzales
1720 16th Street, NW
Washington, DC  20009

CREDITOR MAILING MATRIX

  */s/ Carrie M. Ward, Esq.*
Carrie M. Ward, Esq.

3