CASE HEARING SUMMARY
HEARING DATE: 1/17/08
==================

CASE NUMBER: 07-466                                    CHAPTER: 11
IN RE: HUMBERTO T. GONZALES

1. Nature of Matters(s) Heard:
   17 M4/S(E: 345 OCEAN DRIVE MIAMI BEACH, FL FILED TO BY WELLS
   FARGO BANK NA AS TRUSTEE

   FILED
   JAN 17 2008
   Clerk
   U.S. Bankruptcy Court for D.C.

2. Other Pertinent Docket Entries:
   DE# 23   O'S OPP              DE# ___  _____
   DE# ___  _____               DE# ___  _____
   DE# ___  _____               DE# ___  _____
   DE# ___  _____               DE# ___  _____

3. Appearances: ____Edw. Kemmel____ (for Debtor)
   _____ (for U.S. Trustee) _____
   __Darwin Jeffers__ (for Movant) _____
   _____ (Trustee) _____

4. Outcome:
   ___ GRANTED   ✓ DENIED  w/ leave to plea an amended motion
   ___ UNDER ADVISEMENT         ___ GRANTED W/ CHANGES
   ___ CONTINUED TO _____, 20__, AT __:__ __.M.
   ___ PROPOSED ORDER TO BE SUBMITTED BY _____ BY __/__/__

NOTE: THIS IS NOT AN ORDER        _____
                                  S. Martin Teel, Jr.
                                  United States Bankruptcy Judge

# Related Proceedings Report

## Case Number: 7-466 Humberto T Gonzales (docket entries only)
### PlnDue
### DsclsDue

Filing Date # Docket Text

10/15/2007 17 Motion for Relief from Stay *Regarding property located at 345 Ocean Drive, Miami Beach, FL 33139*. Fee Amount $150, Filed by Wells Fargo Bank, N.A. As Trustee (Attachments: # (1) Exhibit Deed of Trust# (2) Exhibit Note# (3) Exhibit Arrearage Worksheet# (4) Proposed Order) (Ward, Carrie)

### Related Proceedings:

Filing Date # Docket Text

10/16/2007 Hearing Scheduled (Re: Related Document(s) #:[17] Motion for Relief From Stay Regarding 345 Ocean Dr Miami, FL Filed by Wells Fargo Bank NA as Trustee ) Hearing scheduled for 11/15/2007 at 09:30 AM Courtroom 1. (Myers, Sally)

10/15/2007 19 Notice of Hearing Scheduled for 11/15/07. Filed by Carrie M. Ward on behalf of Wells Fargo Bank, N.A. As Trustee. (Re: Related Document(s) #:[17] Motion for Relief From Stay,.) (Ward, Carrie)

10/15/2007 20 Notice of Opportunity to Object Filed by Carrie M. Ward on behalf of Wells Fargo Bank, N.A. As Trustee. (Re: Related Document(s) #:[17] Motion for Relief From Stay,.) Objections due by 10/30/2007 for [17],. (Ward, Carrie)

10/25/2007 23 Opposition Filed by Humberto T Gonzales (Re: Related Document(s) #:[17] Motion for Relief From Stay,.) (Attachments: # (1) Proposed Order Order Denying Motion to Lift Stay) (Kimmel, Edward)

11/15/2007 39 Notice of Hearing Continued to 12/13/07. Filed by Carrie M. Ward on behalf of Wells Fargo Bank, N.A. As Trustee. (Re: Related Document(s) #:[17] Motion for Relief From Stay,.) (Ward, Carrie)

11/15/2007 40 Hearing Continued (Re: Related Document(s) #:[17] Motion for Relief From Stay Regarding 345 Ocean Dr Miami Beach, FL Filed by Wells Fargo Bank NA as Trustee ) Hearing scheduled for 12/13/2007 at 9:30 AM Courtroom 1. (Myers, Sally)

12/13/2007 49 Hearing Continued (Re: Related Document(s) #:[17] Motion for Relief From Stay Regarding 345 Ocean Drive Miami Beach, FL filed by Wells Fargo Bank NA as Trustee ) Hearing scheduled for 1/17/2008 at 9:30 AM Courtroom 1. (Myers, Sally)

12/13/2007 50 Notice of Hearing Continued to 01/18/08.*regarding Motion for Relief from Stay Regarding property located at 345 Ocean Drive, Miami Beach, FL 33139* Filed by Carrie M. Ward on behalf of Wells Fargo Bank, N.A. As Trustee. (Re: Related Document(s) #:[17] Motion for Relief From Stay,.) (Attachments: # (1) List of 20 Largest Creditors) (Ward, Carrie)

**Calendar Text:** RE: Doc #17; Motion for Relief From Stay