CASE HEARING SUMMARY

HEARING DATE: 2/21/08
=====================

**FILED**
FEB 21 2008
Clerk
U.S. Bankruptcy Court for D.C.

CASE NUMBER: 07-466    CHAPTER: 11

IN RE: HUMBERTO T. GONZALES

1. Nature of Matters(s) Heard:
   72 AMD MOTION FOR RELIEF FROM STAY RE 3450 OCEAN DRIVE MIAMI BEACH, FL FILED BY WELLS FARGO BANK NA AS TRUSTEE

2. Other Pertinent Docket Entries:
   17 M L/S
   DE# 23  D'S OPP TO DE 17    DE# _____
   DE# 74  HEARING SUM         DE# _____
   DE# _____                   DE# _____
   DE# _____                   DE# _____

3. Appearances: _____None_____ (for Debtor)
   _____ (for U.S. Trustee) _____
   _____None_____ (for Movant) _____
   _____ (Trustee) _____

4. Outcome:
   _____ GRANTED  _____ DENIED  _____ GRANTED W/ CHANGES
   _____ UNDER ADVISEMENT       _____ PARTIALLY TRIED
   _____ CONTINUED TO _____, 20__, AT __:__ .M.
   __✓__ PROPOSED ORDER TO BE SUBMITTED BY DiTalbana BY 3/14/08

NOTE: THIS IS NOT AN ORDER

S. MARTIN TEEL JR
S. Martin Teel, Jr.
United States Bankruptcy Judge

# Related Proceedings Report

## Case Number: 7-466 Humberto T Gonzales (docket entries only)
PlnDue
DsclsDue
NTCAPR

Filing Date # Docket Text

01/22/2008 72 AMENDED Motion for Relief from Stay *as to property located at 345 Ocean Drive, Miami Beach, Florida* Filed by Wells Fargo Bank, N.A. As Trustee (Re: Related Document(s) #:[17] Motion for Relief From Stay,.) (Attachments: # (1) Notice of Hearing# (2) Proposed Order) (Tabbara, Darine)

### Related Proceedings:

Filing Date # Docket Text

01/24/2008 Hearing Scheduled (Re: Related Document(s) #:[72] Amended Motion for Relief from Stay Regarding 345 Ocean Dr Miami Beach,FL filed by Wells Fargo Bank NA as Trustee ) Hearing scheduled for 2/21/2008 at 09:30 AM Courtroom 1. (Myers, Sally)

01/23/2008 ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE RELATED PLEADING REQUIRES A NOTICE OF OPPORTUNITY TO OBJECT. PLEASE FILE A NOTICE OF OPPORTUNITY TO OBJECT. (Re: Related Document(s) #:[72] Amended Motion for Relief from Stay, ) YOU HAVE UNTIL 1/26/2008 for [72], TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Wilkens, Nicole)

10/15/2007 17 Motion for Relief from Stay *Regarding property located at 345 Ocean Drive, Miami Beach, FL 33139.* Fee Amount $150, Filed by Wells Fargo Bank, N.A. As Trustee (Attachments: # (1) Exhibit Deed of Trust# (2) Exhibit Note# (3) Exhibit Arrearage Worksheet# (4) Proposed Order) (Ward, Carrie)

01/22/2008 73 Notice of Hearing Scheduled for 2/21/08. Filed by Darine Tabbara on behalf of Wells Fargo Bank, N.A. As Trustee. (Re: Related Document(s) #:[72] Amended Motion for Relief from Stay,.) (Tabbara, Darine)

01/24/2008 75 Notice of Opportunity to Object Filed by Darine Tabbara on behalf of Wells Fargo Bank, N.A. As Trustee. (Re: Related Document(s) #:[72] Amended Motion for Relief from Stay,.) Objections due by 2/8/2008 for [72],. (Tabbara, Darine)

**Calendar Text:** RE: Doc #72; Amended Motion for Relief from Stay