The order below is hereby signed.

Signed: April 23, 2008.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

BGW#: 47023

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | Case No. 07-00466-SMT |
| HUMBERTO T. GONZALES | |
|     Debtor | Chapter 11 |
| _____ | |
| | |
| WELLS FARGO BANK, N.A. AS TRUSTEE | |
| c/o OPTION ONE MORTGAGE CORPORATION | |
|     Movant | |
| | |
| vs. | |
| | |
| HUMBERTO T. GONZALES | |
|     Debtor/Respondent | |

_____

### CONSENT ORDER TERMINATING THE AUTOMATIC STAY

    Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2005-5 Asset-Backed Certificates, Series 2005-5, its successors and/or assigns, ("Movant") and Humberto T. Gonzales ("Debtor/Respondent"), have reached an agreement to terminate the automatic stay in this matter.

    Therefore, upon review of the Motion Seeking Relief from the Automatic Stay filed herein by Movant, it is

1

    ORDERED, that the Automatic Stay shall be, and the same hereby is, TERMINATED, pursuant to 11 U.S.C. § 362(d) to permit Movant and/or its successors and assigns to commence a foreclosure proceeding in the Circuit Court for  County, against the real property known as 345 Ocean Drive, Miami Beach, FL  33139 ("the Property"), and to allow the successful purchaser to take possession of same; and it is further,

    ORDERED that, in the event of any sale of the Property, Movant shall be required to pay the surplus proceeds of said sale, if any, to the Trustee for distribution to parties in interest as their respective interests may appear; and it is further,

    ORDERED that the Automatic Stay of 11 U.S.C. Section 362 (a) shall not be reimposed as to the Debtor's interest by the conversion of this case to any other chapter under the Bankruptcy Code.

  */s/ Darine K. Tabbara, Esq.*
Darine K. Tabbara, Esq.
Bierman, Geesing & Ward, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814

## CERTIFICATION OF DEBTOR'S ATTORNEY

    I HEREBY CERTIFY that I approve of the foregoing Consent Order and that its terms have been provided to the Debtor(s), who consent(s) to the terms provided therein.

                                              */s/ Edward M. Kimmel, Esq.*
                                              Edward M. Kimmel, Esq.
                                              7629 Carroll Avenue; Suite 500
                                              Takoma Park, MD  20912

cc:
Bierman, Geesing & Ward, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814

| Office of the U.S. Trustee, Trustee | Edward M. Kimmel, Esq. |
| 115 South Union St., Plaza Level, Ste. 210 | 7629 Carroll Avenue; Suite 500 |
| Alexandria, VA  22314 | Takoma Park, MD  20912 |
| | |
| Humberto T. Gonzales | Humberto T. Gonzales |
| 345 Ocean Drive | 1720 16th Street, NW |
| Miami Beach, FL  33139 | Washington, DC  20009 |

TOP TWENTY UNSECURED CREDITORS

**"END OF ORDER"**

2