**The order below is signed on the basis that the creditor's consent is required for the sale to go through as the order provides that the consideration includes a release by the creditor of its proof of claim in the case. Absent the creditor's consent, the order below is not effective. The sale cannot be approved under section 363(f)(3) as section 363(f)(3) measures liens by the amount owed on the liens, not the value of the property. Clear Channel Outdoor, Inc. v. Knupfer (In re PW, LLC), 391 B.R. 25, 39-41 (9th Cir. BAP 2008); Criimi Mae Servs. Ltd. P'ship v. WDH Howell, LLC (In re WDH Howell, LLC), 298 B.R. 527 (D.N.J. 2003).**
  **Dated: March 16, 2009.**



**S. Martin Teel, Jr.
U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                          )
    Humberto T. Gonzalez              )    Case No. 07-00466
                                                )    Chapter 11
_____DEBTORS._____)

### ORDER APPROVING SALE OF REAL PROPERTY AND
### APPROVING THE WITHDRAWAL OF CLAIM 11-1

    This matter came before the Court on the motion of the Debtor to approve a contract to sell property sell real property known as 345 Ocean Drive, Unit 616 in consideration of cash and the withdrawal of claim number 11-1 upon the conclusion of that sale.

    The creditors have been given notice and opportunity to be heard on this matter and their responses (or lack thereof) having been considered, the Court finds that the request of the Debtor is reasonable and the motion is, therefore GRANTED.

SERVE:

Counsel for the Debtor
Debtor
US Trustee