The order below is hereby signed.

Signed: September 14, 2009.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| Humberto Gonzalez | ) | Case No. 07-00466 |
| | ) | Chapter 11 |
| Debtor. | ) | |

ORDER APPROVING
APPLICATION TO HIRE REAL ESTATE BROKERS

This matter came before the Court on the motion of the Debtor in Possession to hire brokers and to list real estate for sale. After reviewing the motion and the attached affidavit and listing agreements, and after notice of the motion and an opportunity for a hearing being given to all of the creditors of the estate and to the United States Trustee, it is the finding of this Court that the motion is in good order and is GRANTED.

---- End of Order ----

SERVE:
Edward M. Kimmel
Kimmel & Roxborough, LLC
7629 Carroll Avenue
Suite 500
Takoma Park, MD 20912

Marty Davis, Esquire
Office of the US Trustee
115 South Union Street
Suite 210
Alexandria, VA 22314

Susannah Moss
Continental Properties, Ltd
1529 Corcoran Street, NW
Washington, DC 20009